ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

William Potts

                Plaintiff,

-against-

Devry College of N.Y.

                Defendant(s).
-------------------------------------------------------X

RECEIVED MAR 1 - 2011 PRO SE OFFICE

APPLICATION FOR THE COURT TO REQUEST COUNSEL

10 CV 5777 (BMC) LB

1. Name of applicant  William Potts

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   To present a strong case illustrating Wrongful Termination

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)

   I have consulted with Atty Goldberg initially in preparation to this point - Due to hardships unable to afford an Atty

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   English

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: 3/01/2011

Signature: William E Potts

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

*William Potts*

                         Plaintiff,

-against-

*DeVry College of N.Y.*
                   Defendant(s).
------------------------------------------------------------X

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***
**IN SUPPORT OF THE**
**APPLICATION FOR THE COURT TO**
**REQUEST COUNSEL**

_____CV_____ (    )

I, *William E. Potts Jr.* _____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   *N/A*

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   *2008 / $45,00 Annually*

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   *Military Pension $376.00 monthly*

   a) Are you receiving any public benefits?  ☐ No  ☒ Yes, $ *Food Stamps*

   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____

*rev. 7/08*

4. Do you have any money, including money in a checking or savings account? If so, how much?

   N/A

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, $_____

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No  ☐ Yes, $_____

7. List the person(s) that you pay money to support and the amount you pay each month.

   NO SUCH PERSON OR AMOUNT

8. State any special circumstances which the Court should consider.

   DUE THIS MATTER I have been UNEMPLOYED SINCE 2008 - LOST EVERYTHING INCLUDING CAR 2005 Lincoln Town Car -

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 3/01/2011
MARCH - 01 - 2011

Signature

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

*William Potts*

Plaintiff,

-against-

*DeVry College of New York*

Defendant(s).
------------------------------------------------------------ X

**AFFIRMATION OF SERVICE**

_10_ CV _5777_ ( )

I, _William E Potts Jr_ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) _Paul Hugo Galligan_ _630 Eight Ave NYC 10018_

whose address is: _IN PERSON Drop off_

by _____
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _3/01/2011_

_William E Potts_
Signature

MAILING ADDRESS: _65 WEST 96th ST APT 14E NYC 10025_
Address

_New York N.Y._

_10025_
City, State & Zip Code

*rev. 7/08*