DOCKET & FILE

HON. Brian M. C~~~~

MAY 11 2011

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY - 9 2011 ★

BROOKLYN OFFICE

May/5,2011

To: Paul Galligan
To: Judge Cogan To: Judge Bloom

From: William E. Potts

I am withdrawing all claims/charges of case # 10-5777 with no future intent  and no penalties/fees from either
party against the other.
I will be moving to Charlotte N.C. for family assistance in my welfare
My decision is based on physical complications and stress related illnesses apprehending my ability to move
forward. This letter will be received by Judge Cogan & Judge Bloom.

Best Regards

William Potts

