C/M

DOCKET & FILE

May/5,2011

HON. Brian M. C——

MAY 11 2011

FILED
IN CLERK'S OFFICE
US DISTRICT COURT

★ MAY 13 2011

BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY - 9 2011 ★

BROOKLYN OFFICE

To: Paul Galligan
To: Judge Cogan To: Judge Bloom

From: William E. Potts

I am withdrawing all claims/charges of case # 10-5777 with no future intent and no penalties/fees from either party against the other.
I will be moving to Charlotte N.C. for family assistance in my welfare
My decision is based on physical complications and stress related illnesses apprehending my ability to move forward. This letter will be received by Judge Cogan & Judge Bloom.

Best Regards
William Potts

This letter is deemed to constitute plaintiff's motion for voluntary dismissal under Fed.R.Civ.P. 41(a)(2). Since the action is in its initial stages, the motion is granted. The Clerk is directed to close this case.
SO ORDERED: 5/12/11

U.S.D.J.